1  PHILLIP A. TALBERT
   Acting United States Attorney
2  KIRK E. SHERRIFF
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for Plaintiff United States of America
6

7              IN THE UNITED STATES DISTRICT COURT

8              EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA, | CASE NO.: 1:83-CR-0140 DAD
11 |                    Plaintiff, | MOTION TO DISMISS INDICTMENT; ORDER
12 |           v. |
13 | REYMUNDO CASTILLO-LOPEZ, |
14 |                    Defendant. |

15

16     In the interest of justice, the government moves to dismiss without prejudice the indictment in

17 this case as to defendant Reymundo Castillo-Lopez, pursuant to Federal Rule of Criminal

18 Procedure 48(a). Reymundo Castillo-Lopez has not appeared in this case.

19  Dated: Sept. 16, 2021                    PHILLIP A. TALBERT
                                              Acting United States Attorney
20
                                              /s/ Kirk E. Sherriff
21                                           _____
                                              KIRK E. SHERRIFF
22                                           Assistant United States Attorney

23     IT IS ORDERED that the indictment is dismissed without prejudice as to defendant Reymundo

24 Castillo-Lopez.

25 IT IS SO ORDERED.

26    Dated:  **September 17, 2021**           Dale A. Drozd
                                              _____
27                                           UNITED STATES DISTRICT JUDGE

28

                                   1